In re: Evelyn KRAFT, Debtor,— Appellant,

v.

CAL–WESTERN RECONVEYANCE CORPORATION and Washington Mutual Bank, N.A., Appellees.

No. 01–55637.

B.A.P. No. CC 00–1447–BMaP.

United States Court of Appeals, Ninth Circuit.

Submitted March 14, 2002.*

Decided May 13, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and CEBULL,** District Judge.

## MEMORANDUM ***

After careful consideration of the record and briefs, we affirm the decision of the Bankruptcy Appellate Panel filed March 15, 2001, for the reasons given by the Bankruptcy Appellate Panel in its memorandum decision.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Richard F. Cebull, United States District Judge for the District of Montana, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.